**SECOND DIVISION**
**BARNES, P. J.,**
**MILLER and RAY, JJ.**

**NOTICE: Motions for reconsideration must be** *physically received* **in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules/**

**December 16, 2014**

# In the Court of Appeals of Georgia

A13A0936. GEORGIA DEPARTMENT OF COMMUNITY HEALTH v. NORTHSIDE HOSPITAL, INC.

A13A0937. KENNESTONE HOSPITAL, INC. v. NORTHSIDE HOSPITAL, INC.

MILLER, Judge.

In *Ga. Dept. of Community Health v. Northside Hosp., Inc.*, 295 Ga. 446 (761 SE2d 74) (2014), the Supreme Court of Georgia reversed this Court's opinion in *Ga. Dept. of Community Health v. Northside Hosp., Inc.*, 324 Ga. App. 326 (750 SE2d 401) (2013). We therefore vacate our earlier opinion, adopt the opinion of the Supreme Court as our own, and reverse the trial court's judgment.

*Judgment reversed. Barnes, P. J., and Ray, J., concur.*